CLEVELAND BAR ASSOCIATION *v.* FOX.

[Cite as *Cleveland Bar Assn. v. Fox* (1996), 74 Ohio St.3d 585.]

(No. 95–2536—Submitted January 24, 1996—Decided February 28, 1996.)

*Ramsey, Caputo & Ramsey* and *Kenneth E. Ramsey; Lavelle & Lavelle* and *Neal Lavelle,* for relator.

*Per Curiam.* Upon review of the record, we concur in the board's findings of misconduct and its recommended sanction. Respondent is hereby suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, PFEIFER and COOK, JJ., concur.

F.E. SWEENEY, J., not participating.